UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT E. MARTIN, JR., PLAINTIFF | : | NO.: |
| v. | : | |
| TOWN OF WESTPORT and STEPHEN J. EDWARDS, | : | APRIL 28, 2006 |

**NOTICE OF REMOVAL**

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§ 1332 and 1446, the defendants hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Stamford at Stamford, for the following reasons:

1. Plaintiff has commenced an action against the defendants in the Judicial District of Stamford at Stamford, by service of a Summons and Complaint dated April 7, 2006. The plaintiff served a copy of the Summons and Complaint upon each defendant individually on or after April 13, 2006. Pursuant to 28 U.S.C. § 1446(a), the defendants have attached said Summons and Complaint hereto.

2. The above-described action is a civil action and is one which may be removed to the Court by the defendant pursuant to the provisions of Title 28, United

controversy is $75,000. The Defendants note that while the Plainiff asserts that he is a Connecticut resident, he is in fact domiciled in North Carolina. A redacted portion of deposition testimony, dated May 20, 2005, establishes this fact and is appended hereto as **Exhibit A**.

3. The action is returnable in the Superior Court for the Judicial District of Stamford at Stamford on May 9, 2006.

4. Attached hereto, in compliance with 28 U.S.C. § 1446(a), are complete and accurate copies of the process and pleadings received by the defendants to date.

5. The defendants deny all of plaintiff's allegations.

6. Accordingly, this Court has diversity jurisdiction of this action under 28 U.S.C. § 1332. The action may be removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1446.

WHEREFORE, the petitioners pray that the above action now pending in the Superior Court of Stamford at Stamford be removed therefrom to this Court.

DEFENDANTS,
TOWN OF WESTPORT and
STEPHEN J. EDWARDS

By ______________________

Michael J. Rose
ct14803
Johanna A. Gordon
ct26966
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)
e-mail: mrose@hl-law.com
e-mail: jgordon@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 28th day of April, 2006.

Ikechukwu Umeugo, Esquire
Umeugo & Associates, P.C.
620 Boston Post Road
P.O. Box 26373
West Haven, CT 06516

Michael J. Rose
Johanna A. Gordon

APR-13-2006 21:31 2033411038 2033411038 P.01/06

**SUMMONS - CIVIL**
(Except Family Actions)
JD-CV-1 Rev. 1-2000
C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us

COPY

**INSTRUCTIONS**

1. Type or print legibly; sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

"X" ONE OF THE FOLLOWING: Amount, legal interest or property in demand, exclusive of interest and costs is:
- [ ] less than $2,500
- [ ] $2,500 through $14,999.99
- [X] $15,000 or more

("X" if applicable)
- [ ] Claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

[X] JUDICIAL DISTRICT [ ] HOUSING SESSION [ ] G.A. NO.

AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349): Stamford

RETURN DATE (Mo., day, yr.) (Must be a Tuesday): May 9, 2006

CASE TYPE (See JD-CV-1c): Major T Minor 90

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350): 123 Hoyt Street, Stamford, CT 06905

TELEPHONE NO. (with area code): 203-579-6527

[ ] Form JD-CV-2 attached

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) NOTE: Individuals' Names: Last, First, Middle Initial | PTY NO. |
|---|---|---|
| FIRST NAMED PLAINTIFF | Martin, Jr., Robert, E., 207 Denver Avenue, Bridgeport, CT 06606 | 01 |
| Additional Plaintiff | | 02 |
| FIRST NAMED DEFENDANT | Town of Westport, 110 Myrtle Avenue, Westport, CT 06880 | 50 |
| Additional Defendant | Edwards, Stephen, J., Town of Westport Public Works, Westport, CT 101 Myrtle Avenue, Westport, 06880 | 51 |
| Additional Defendant | | 52 |
| Additional Defendant | | 53 |

2006 APR 3

**NOTICE TO EACH DEFENDANT**

1. YOU ARE BEING SUED.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

DATE: 4/11/06 SIGNED (Sign and "X" proper box): [signature] [X] Comm. of Superior Court [ ] Assistant Clerk

TYPE IN NAME OF PERSON SIGNING AT LEFT: Ikechukwu Umeugo

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code): Ikechukwu Umeugo, Umeugo & Associates, P.C. 620 Boston Post Road, West Haven, CT 06516

TELEPHONE NUMBER: 203-931-2680 JURIS NO. (If atty. or law firm): 412772

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip code): Alexandra Travaglino, 620 Boston Post Road, West Haven, CT 06516

| # PLFS. | # DEFS. | # CNTS. | SIGNED (Official taking recognizance; "X" proper box) |
|---|---|---|---|
| 1 | 2 | 1 | [signature] [X] Comm. of Superior Court [ ] Assistant Clerk |

SIGNATURE OF PLAINTIFF IF PRO SE

For Court Use Only

FILE DATE

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

A TRUE COPY [signature]
OFF. PAUL VERILLE
STATE MARSHAL
FAIRFIELD COUNTY, CT

I hereby certify I have read and understand the above: SIGNED (Pro Se Plaintiff) DATE SIGNED

DOCKET NO.

RETURN DATE: MAY 9, 2006 : SUPERIOR COURT

ROBERT MARTIN : J.D. OF STAMFORD/NORWALK

VS. : AT STAMFORD

TOWN OF WESTPORT AND STEPHEN J. EDWARDS : APRIL 7, 2006

COMPLAINT

1. The plaintiff is a Black male who was hired by the defendant in May, 1984 as a Mechanic, and was promoted to Master Mechanic in Fairfield County, in the State of Connecticut.

2. At all material times mentioned in this complaint, the defendants, Town of Westport, and Stephen J. Edwards employed and/or supervised plaintiff as a Master Mechanic office located at 110 Myrtle Avenue, Westport, Connecticut.

3. The events giving rise to this complaint occurred in Fairfield County, in the State of Connecticut.

4. At all material times mentioned herein, the defendant, Town of Westport employed Mr. Stephen J. Edwards as a Director of Public Works whose race is Caucasian.

5. At all material times mentioned herein, the defendant, Town of Westport regularly employs more than 15 persons.

6. The plaintiff came under the direct supervision of Mr. Stephen J. Edwards.

7. Since June 2003, Mr. Stephen J. Edwards has harassed and discriminated

D & ASSOCIATES, P.C.
ORNEYS AT LAW
BOSTON POST ROAD
O. BOX 26373
HAVEN, CT 06516
(203) 931-2680
(203) 931-2682

against the plaintiff because of the plaintiff's race, color, ethnic background, disabilities and was retaliated against for previously opposing discriminatory practices.

10. On or about May 2003, the plaintiff injured his right shoulder, right arm and right hand (resulting in carpal tunnel syndrome) and was on medical leave and received treatment from May 2003 to June 2003. The plaintiff returned to work and was placed on light duty in June 2003 pending the results of his MRI.

11. The defendants harassed the plaintiff while he was on light duty work by assigning him tasks that exacerbated his injuries and disabilities, such as assigning him to clear cut brush by the side of the road in extremely cold weather.

12. On or about October 30, 2003, the plaintiff received a letter from defendant, Mr. Stephen J. Edwards, who is Caucasian, that the defendant could not accommodate the plaintiff's need for light duty work, resulting from his disabilities and injuries and instructed plaintiff to perform job searches to continue his benefits.

13. Plaintiff's physician, Dr. LaMarca, sent letters to the defendants releasing plaintiff to perform light duty work. The defendants refused to provide light duty work and placed the plaintiff on full worker's compensation benefits.

14. Plaintiff was the only African-American and Black employee in his division of the Department of Public Works and the only employee who was denied light duty work as an accomodation. Employees who were White/Caucasian who had been injured on the job had been given reasonable accomodations.

15. On or about August 6, 2004, one of the plaintiff's physicians, Dr. Gross,

[L]UGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW
[2]0 BOSTON POST ROAD
P O BOX 26373
[W]EST HAVEN, CT 06516
TEL (203) 931-2680
FAX (203) 931-2682

released the plaintiff to work, without restrictions, and on August 9, 2004, the plaintiff returned to work.

16. On or about August 9, 2004, defendant, Mr. Stephen J. Edwards told the plaintiff to leave the work premises.

17. The discriminatory practices continued until the plaintiff was terminated in on April 10, 2004 when plaintiff was discharged and forced into pension.

18. The defendants' aformentioned conduct is in violation of Connecticut General Statutes § 46a-60(a)(1) and § 46a-60(a)(4).

19. On October 26, 2004, the plaintiff filed a charge of discrimination based upon race, retaliation, and disability with the Connecticut Commission on Human Rights and Opportunities (CHRO). A true and correct copy of the charge is attached to this complaint as Exhibit 1 and is incorporated by reference. The plaintiff received a Release of Jurisdiction from the CHRO dated January 17, 2006. A true and correct copy of the notice is attached to this complaint as Exhibit 2 and is incorporated by reference.

20. Since June 2003, Mr. Stephen J. Edwards and the Town of Westport have harassed, retaliated and discriminated against the plaintiff while he was on light work duty by assigning the plaintiff tasks that exacerbated his disabilities and was denied light duty work as an accomodation, while such actions were not taken against employees of other races.

21. The plaintiff, since June 2003, has been subjected to discrimination and retaliation by Mr. Stephen J. Edwards and Town of Westport through assignments to tasks

D & ASSOCIATES, P.C.
ORNEYS AT LAW
BOSTON POST ROAD
O BOX 26373
HAVEN, CT 06516
(203) 931-2680
(203) 931-2682

that exacerbated his disabilities, by failing to provide light duty work, and termination, and other similarly situated employees of different races were not subjected to this treatment.

22. At all times, the defendants owed a duty to the plaintiff not to discriminate or retaliate against him on the basis of his race, color, national background, or disabilities and for opposing any discriminatory employment practices pursuant to Connecticut General Statutes § 46a-60(a)(1) and § 46a-60(a)(4).

23. As a direct and proximate result of the actions taken by the defendants as set forth above, the plaintiff has suffered substantial injury including injury to his finances, good name and reputation, humiliation, anguish, embarrassment, mortification and outrage.

24. The defendants committed the acts through its employees and agents as aforementioned, oppressively and maliciously, entitling the plaintiff to an award of punitive damages against the defendants in an amount appropriate and to make an example of the defendant.

UGO & ASSOCIATES, P.C.
ATTORNEYS AT LAW
O BOSTON POST ROAD
P O BOX 26373
EST HAVEN, CT 06516
TEL. (203) 931-2680
FAX (203) 931-2682

WHEREFORE, the plaintiff prays for judgment against the defendants as follows:

1) Punitive damages;

2) Compensatory damages;

3) Removal of warnings, suspensions and notices of removals from the plaintiff's personnel file;

4) Reinstatement of his position;

5) Attorney's fees;

6) Prejudgment interest on all amounts claimed; and

7) Such other further relief as the Court deems just, reasonable and equitable.

THE PLAINTIFF,
ROBERT MARTIN

By: ______________________

Ikechukwu Umeugo
Umeugo & Associates, P.C.
620 Boston Post Road
P.O. Box 26373
West Haven, CT 06516
(203) 931-2680; JUR#412772

O & ASSOCIATES, P.C.
TORNEYS AT LAW
BOSTON POST ROAD
O. BOX 26373
T HAVEN, CT 06516
. (203) 931-2680
(203) 931-2682